**EOD**

12/09/2022

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 21-41319** |
| **TERRY LAWSON JAMES,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

### ORDER GRANTING POST-CONFIRMATION DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE THE CHAPTER 11 CASE

Upon consideration of the *Post-Confirmation Debtor's Motion to Administratively Close the Chapter 11 Case* (the "Motion") of the Debtor pursuant to which the Debtor seeks to administratively close his Chapter 11 bankruptcy case (the "Case"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED as set forth herein.

2.    The Debtor's Case is administratively closed, but shall not be considered closed for purposes of 28 U.S.C. § Appendix (11), 11 U.S.C. § 362(c)(2)(A), or Fed. R. Bankr. P. 4006.

3.       When all plan payments have been completed, the Debtor may move to reopen this Case for the purpose of obtaining a discharge and entry of a final decree.

4.       The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### # # # END OF ORDER # # #

Signed on 12/9/2022

*Brenda T. Rhoades*

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE